JUDGE HOLWELL          '08 CIV 7261

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
CORBIS CORPORATION,                    :
a Nevada corporation,                  :
                                       :
                    Plaintiff,         :
                                       :
        v.                             :      No. 08 Civ. _____
                                       :
ANDREA BUNIS MANAGEMENT, INC,          :
a New York domestic                    :
business corporation,                  :
                                       :      ECF CASE
                    Defendant.         :
-------------------------------------------------x      Jury Trial Demanded

**COMPLAINT**

        Plaintiff Corbis Corporation, through its attorneys, complaining of Defendant

Andrea Bunis Management, Inc., alleges as follows:

        1.       This is a civil action seeking damages for copyright infringement

and violations of the Digital Millennium Copyright Act ("DMCA").  As explained below,

Defendant has made widespread and repeated use without permission of images owned

or controlled by Plaintiff, contrary to the copyright laws.

**JURISDICTION AND VENUE**

        2.       <u>Jurisdiction</u>.  This Court has subject matter jurisdiction over this

action pursuant to 28 U.S.C., Sections 1331 and 1338(a), as this action involves claims

brought under federal law, the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq*.  This Court

has personal jurisdiction over Defendant because the Defendant resides and transacts

business in this State and because Defendant's (or its agents') access to and use

- 1 -

of Plaintiff's website constitutes agreement to the jurisdiction of this Court under
the applicable terms and conditions.

3.    <u>Venue</u>.  Venue in this Court is proper pursuant to 28 U.S.C.
Sections 1391(b) and 1400(a) because, the Defendant resides and may be found in this
District and because Defendant's access to and use of Plaintiff's website constitutes
agreement to venue in this Court under the applicable terms and conditions.

## THE PARTIES

4.    Plaintiff Corbis Corporation ("Corbis") is a Nevada corporation,
with its principal place of business at 902 Broadway, New York, New York 10010.

5.    Upon information and belief, Defendant Andrea Bunis Management,
Inc. ("Andrea Bunis Management") is a domestic business corporation organized under the
laws of the State of New York, with its principal places of business at 45 West 45th Street,
New York, New York  10036.

## BACKGROUND

6.    Corbis is in the business of licensing photographs and fine art images
on behalf of itself and the photographers and other licensors it represents.  Generally, the
images in Corbis' collection were taken by professional photographers who earn most or all
of their livelihoods from the licensing fees Corbis is able to obtain for their images.  Many
of the images in Corbis' collection are produced by well-known photographers, and the
collection includes some of the most recognized images in contemporary society.

7.    The images in Corbis' collection are the subject of copyright
protection under the laws of the United States, and at considerable expense and effort,

Corbis has protected images in its collection by systematically registering the copyrights to the images.

8.      Corbis owns and operates a website located at the Internet address www.corbis.com. At Corbis' website, professional and consumer users are able to search hundreds of thousands of images from Corbis' collection and then pay to license the images for specific personal or commercial uses. Use of the www.corbis.com site and the images available for license there is governed by terms and conditions that require all disputes to be subject to the jurisdiction of state and federal courts in New York, New York.

9.      At all times relevant hereto, Andrea Bunis Management owned and operated a website located at the Internet address www.andreabunismgmt.com. Upon information and belief, Andrea Bunis Management is New York-based residential real estate management firm serving cooperative and condominium properties in New York City.

10.     Upon information and belief, on an as yet unknown date, Andrea Bunis Management or its agent visited Corbis' website, and without authorization, downloaded or copied numerous Corbis images that had previously been registered with the United States Copyright Office. Then Andrea Bunis Management or its agent uploaded these same images to its www.andreabunismgmt.com website for display on its website, as part of the marketing and advertising material presented on that site in order to attract business to Andrea Bunis Management. On information and belief, these same images were included on the www.andreabunismgmt.com website until at least April 2008, after repeated notice by Corbis to Andrea Bunis Management.

11.     Attached hereto as Exhibit A are true and correct copies of each of the Corbis images previously registered with the Copyright Office, with screen shots taken from the www. andreabunismgmt.com website depicting these images from Corbis' collection that were used by Andrea Bunis Management without authorization and displayed on its website.

12.     At all relevant times hereto, Andrea Bunis Management displayed these copyrighted images on its website without license or other authorization from Corbis.

13.     Attached hereto as Exhibit B is a chart identifying the United States Copyright Office registration certificate numbers and registration dates for the Corbis images displayed on Exhibit A, evidencing that Corbis owns or controls the registered copyrights to the images that were displayed on the www. andreabunismgmt.com website.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**

14.     Corbis repeats and realleges the allegations of Paragraphs 1 through 13 as if fully set forth herein.

15.     Corbis holds valid and exclusive registered copyrights to the images that are the subject of this action and that are evidenced by the copyright registration certificates referenced by Exhibit B.

16.     Andrea Bunis Management reproduced, distributed and displayed those images without Corbis' authorization.

17.     The actions and conduct by Andrea Bunis Management as described above infringe upon the exclusive rights of Corbis granted by Section 106 of the Copyright

Act, 17 U.S.C. § 106, to display, reproduce, and distribute the registered copyrighted works to the public.

18.    Such actions and conduct by Andrea Bunis Management constitute copyright infringement under Section 501 of the Copyright Act, 17 U.S.C. § 501.

19.    As a result of the copyright infringement described above, Corbis is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

## SECOND CAUSE OF ACTION
### DMCA VIOLATION

20.    Corbis repeats and realleges the allegations of Paragraphs 1 through 19 as if fully set forth herein.

21.    All of the images that are the subject of this lawsuit were displayed on the www.corbis.com website with corresponding copyright management information ("CMI"). Upon information and belief, when Andrea Bunis Management or its agents duplicated and displayed the subject images on its www. andreabunismgmt.com website, it removed the CMI from each of the Corbis images used by Andrea Bunis Management. The removal of the CMI from each of these images in order to induce, enable, facilitate, or conceal Andrea Bunis Management's infringement of those images, as described above, constitutes a violation of the Digital Millenium Copyright Act, 17 U.S.C. § 1202(b).

22.    As a result of the conduct described above, Plaintiff is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and prejudgment interest.

## JURY TRIAL DEMAND

- 5 -

23.     Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury.

## RELIEF REQUESTED

WHEREFORE, Corbis prays for relief as follows:

1.     For an order permanently enjoining Defendant from infringing Corbis' copyrighted images pursuant to Section 502 of the Copyright Act, 17 U.S.C. § 502, and permanently enjoining Defendant from displaying Corbis' copyrighted images pursuant to the DMCA, 17 U.S.C. § 1203(b);

2.     For an award of Defendant's profits and for damages in such amount as may be found, or for statutory damages of (a) not less than $750 or more than $30,000 per image pursuant to 17 U.S.C. Section 504(c)(1) or, upon a finding of willful infringement pursuant to 17 U.S.C. Section 504(c)(2), up to $150,000 per image, and (b) not less than $2,500 or more than $25,000 per image pursuant to 17 U.S.C. Section 1203(c)(3)(B);

3.     For an award of costs, pursuant to 17 U.S.C. Sections 505 and 1203(b)(4);

4.     For an award of reasonable attorneys' fees, pursuant to 17 U.S.C. Sections 505 and 1203(b)(5);

5.     For an award of prejudgment interest on the amount of any award to Plaintiff; and

6.      For such other and further relief as the Court deems just and proper.

Dated:  New York, New York                COVINGTON & BURLING LLP
        August 15, 2008

                                          By: _____
                                                    Ethan Jacobs

                                          The New York Times Building
                                          620 Eighth Avenue
                                          New York, New York  10018
                                          Telephone:  (212) 841-1000
                                          Facsimile:   (212) 841-1010

                                          Attorneys for Plaintiff
                                          CORBIS CORPORATION

*Of Counsel:*

    COVINGTON & BURLING LLP
    Simon J. Frankel
    One Front Street, 35th Floor
    San Francisco, California  94111
    Telephone:  (415) 591-6000
    Facsimile:   (415) 591-6091

# EXHIBIT A

## EXHIBIT A



# EXHIBIT A



42-15400816  |  © S. Oskar/zefa/Corbis  |  RM
263 x 177 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/42-15400816.jpg |
|---|---|
| PAGE URL | http://www.andreabunismgmt.com/property-acctg.htm |

## EXHIBIT A



42-15552451  |  © James Leynse/Corbis  |  RM
263 x 175 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/42-15552451.jpg |
| PAGE URL | http://www.andreabunismgmt.com/property-comm.htm |



**EXHIBIT A**



796-O-049-AD2269  |  © Jim Cummins/CORBIS  |  RM
263 x 175 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/796-O-049-AD2269.jpg |
|-----------|---------------------------------------------------------------------|
| PAGE URL  | http://www.andreabunismgmt.com/services-mortgage.htm                |



## EXHIBIT A



**AX030415 | © Left Lane Productions/CORBIS | RM**
**263 x 280 pixels**

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/AX030415.jpg |
|---|---|
| PAGE URL | http://www.andreabunismgmt.com/property-transitions.htm |



**EXHIBIT A**



| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/AX055186.jpg |
|-----------|--------------------------------------------------------------|
| PAGE URL  | http://www.andreabunismgmt.com/property-prop.htm            |

# EXHIBIT A



CRBR003500  |  © Helen King/CORBIS  |  RM
263 x 230 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/CRBR003500.jpg |
|---|---|
| PAGE URL | http://www.andreabunismgmt.com/who-about.htm |



## EXHIBIT A



O-044-0002 | © Peter Beck/CORBIS | RM
263 x 174 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/O-044-0002.jpg |
|---|---|
| PAGE URL | http://www.andreabunismgmt.com/services-project.htm |

## EXHIBIT A



O-049-0454 | © Jean Miele/CORBIS | RM
263 x 176 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/O-049-0454.jpg |
|---|---|
| PAGE URL | http://www.andreabunismgmt.com/contact-employment.htm |

**Career Opportunities: Apply Online**

Andrea Bunis Management is a leading New York residential property management firm that provides a wide range of services to a substantial and diversified client base that includes cooperatives, condominiums, financial institutions and high net-worth individuals.

Founded in 1985 it is one of the most stable and prominent residential property management firms in New York. The firm is headquartered in midtown near Grand Central.

Our assets are our people and reputation. We make a concerted effort to identify and recruit the very best person for every job. We select our people one by one. In a service business, we know that without the best people, we cannot be the best firm.

In our client-focused environment, you should enjoy problem solving, communicate clearly and persuasively, have relationship management skills and be comfortable working with numbers. You must be a dedicated professional who believes in teamwork. You will be expected to help us consistently deliver high quality advice and service time and again.

We are currently accepting applications for an experienced (bachelors degree in business with a minimum 7 years in New York City Class A high-rise buildings) account executive and administrative assistant and invite you to send your résumé to human resources for consideration. Sending in your résumé is your first step toward a career with Andrea Bunis Management. The more we know about you, the better we can match you with a suitable career opportunity. Before you begin your application, be sure to read our website, which offers insight into our firm and areas of business. Thank you for your interest in Andrea Bunis Management.

Andrea Bunis Management, Inc.
45 West 45th Street
New York, NY 10036
Tel. (212) 302-5544
Fax (212) 302-6341
hr@andreabunismgmt.com

## EXHIBIT A



| IMAGE URL | http://www.andreabunismgmt.com/images/b_contactus_f2.gif |
|-----------|-----------------------------------------------------------|
| PAGE URL  | http://www.andreabunismgmt.com/index.htm                  |

# EXHIBIT A



| 42-15517897 | © ImageShop/Corbis | RF |
| 263 x 176 Pixels |

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/BW0018-063.jpg |
| --- | --- |
| PAGE URL | http://www.andreabunismgmt.com/property-what.htm |

**EXHIBIT A**



CB102484 | © Lawrence Manning/Corbis | RF
263 x 263 pixels

| IMAGE URL | http://www.andreabunismgmt.com/images/com-corb/CB102484.jpg |
|---|---|
| PAGE URL | http://www.andreabunismgmt.com/who-personnel.htm |



# EXHIBIT B

**Exhibit B**

| ImageID | Status | Copyright Date | Certificate |
|---|---|---|---|
| 42-15399926 | Registered | 8/22/2005 | VA 1-318-690 |
| 42-15400816 | Registered | 8/22/2005 | VA 1-318-690 |
| 42-15552451 | Registered | 10/25/2005 | VA 1-338-772 |
| 796-O-049-AD2269 | Registered | 12/3/2002 | VA 1-181-996 |
| AX030415 | Registered | 3/19/2001 | VA 1-113-639 |
| AX055186 | Registered | 8/15/2002 | VA 1-154-033 |
| CRBR003500 | Registered | 4/16/2004 | VA 1-240-099 |
| O-044-0002 | Registered | 8/15/2002 | VA 1-145-485 |
| O-049-0454 | Registered | 8/15/2002 | VA 1-145-485 |
| CBR003090 | Registered | 2/25/05 | VA 1-325-075 |
| 42-15517897 | Registered | 10/5/2005 | VA 1 324-0082 |
| CB102484 | Registered | 1/23/2002 | VAu 562-912 |