JUDGE HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 7261**

-----------------------------------------------------------x
CORBIS CORPORATION,
a Nevada corporation,

          Plaintiff,

v.

ANDREA BUNIS MANAGEMENT, INC,
a New York domestic
business corporation,

          Defendant.
-----------------------------------------------------------x

No. 08 Civ. _____

RULE 7.1 DISCLOSURE STATEMENT

RECEIVED U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff Corbis Corporation ("Corbis") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Corbis Holdings, Inc. is the parent corporation of Corbis. No publicly held corporation owns 10% or more of Corbis stock.

Dated: New York, New York
       August 15, 2008

COVINGTON & BURLING LLP

By: _____
      Ethan Jacobs

The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

Attorneys for Plaintiff
CORBIS CORPORATION

RECEIVED AUG 15 2008 U.S.D.C. S.D.N.Y. CASHIERS

*Of Counsel:*

COVINGTON & BURLING LLP
Simon J. Frankel
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

-1-