UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORBIS CORPORATION, a Nevada
Corporation,

        -against-

ANDREA BUNIS MANAGEMENT, INC,
A New York domestic business corporation

**AFFIDAVIT OF SERVICE**
Case # 08CIV7261

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

William M. Irish, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Complaint (Jury Trial Demanded), Civil Cover Sheet, Electronic Case Filing Rules and Instructions and Individual Practices of Judge Richard J. Holwell, under Section 306 of the Business Corporation Law. The corporation which was served was:
**ANDREA BUNIS MANAGEMENT, INC.**

On the 20th day of August 2008 at approx. 11:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
White female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

                                              William M. Irish

Sworn to before me
this 20th day of August 2008.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

JUDGE HOLWELL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

CORBIS CORPORATION,
a Nevada corporation,

V.

ANDREA BUNIS MANAGEMENT, INC,
a New York domestic business corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 7261

TO: (Name and address of Defendant)

Andrea Bunis Management, Inc.
45 West 45th St.
New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ethan Jacobs
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel. (212) 841-1000

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  AUG 1 5 2008